UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKEL LEE PLETT, | No.  2:25-cv-00332-DAD-EFB (PC) |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S REQUEST FOR DISCOVERY AND FOR A SETTLEMENT CONFERENCE AS MOOT |
| GELLMAN, | |
| Defendant. | (Doc. Nos. 13, 14) |

Plaintiff Mikel Lee Plett is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 13, 2026, the undersigned issued an order adopting the assigned magistrate judge's findings and recommendations recommending that this action be dismissed for failure to state a cognizable claim and in light of his failure to file an amended complaint within the time provided by the court's screening order.  (Doc. No. 19.)  Judgment was entered that same day and this case was closed.  (Doc. No. 20.)

In light of the dismissal of this action and the entry of judgment, plaintiff's pending requests for discovery and for a settlement conference (Doc. Nos. 13, 14) have been rendered moot.  Those requests will therefore be denied.

1

Accordingly, plaintiff's requests for discovery and for a settlement conference (Doc. Nos. 13, 14) are hereby denied as moot in light of the March 13, 2026 dismissal of this action.

IT IS SO ORDERED.

Dated:    **March 24, 2026**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE